___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

JAN 0 9 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ E DEPUTY

Tasha Christine Wolf, #151703
Name and Prisoner/Booking Number

Arizona State Prison Complex, Perryville- Lumley L-3
Place of Confinement

P.O. Box 3300
Mailing Address

Goodyear, Arizona  85338
City, State, Zip Code

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tasha Christine Wolf                    , )<br>(Full Name of Petitioner)                    )<br>                          Petitioner,    )<br>                                          )<br>        vs.                               )<br>                                          )<br>Mary Hennessy, Warden          ,          )<br>(Name of Warden, Superintendent, Jailor or )<br>Authorized person having custody of Petitioner) )<br>                                          )<br>                          Respondent,     )<br>                    and                   )<br>THE ATTORNEY GENERAL OF THE STATE )<br>Terry Goddard                          ,  )<br>                 Additional Respondent.   )<br>_____   ) | **CASE NO.** CV06-0084-Phx-JAT(MEA)<br>(To be supplied by the Clerk)<br><br>**PETITION FOR WRIT OF HABEAS CORPUS**<br>**BY A PERSON IN STATE CUSTODY**<br>**PURSUANT TO 28 U.S.C. § 2254**<br>**(NON-DEATH PENALTY)** |

### A.   JUDGMENT OF CONVICTION

1.   Name and location of court which entered the judgment of conviction you are challenging:
Maricopa County Superior Court

2.   Case Number:    CR-1996-001297(A)

3.   Date of judgment of conviction:  June 1, 2000            (Month/Day/Year)

4.   Length and terms of sentence(s): 25 years to Life- Concurrent

5.   Nature of offense(s) of which you were convicted (all counts): 2 counts 1st degree
Murder, 2 counts Kidnapping, 2 counts Armed Robbery

6.   What was your plea?     ☐ Guilty     ☒ Not Guilty     ☐ Nolo Contendere

7.   Kind of Trial:     ☒ Jury     ☐ Judge Only

8.   Did you testify at the trial? ☒ Yes     ☐ No

1

## B. APPEALS

1. Did you appeal the conviction or sentence?          ☒ Yes☐ No
   If you did appeal, answer the following:
   a. Name of Court:          Arizona State Court of Appeals
   b. Date the appeal was filed:          August 10, 2000          (month/day/year)
   c. Result:  Conviction and Sentence Affirmed
   d. Date the appeal was decided: August 23, 2001          (month/day/year)
   e. Date the mandate was issued: January 9, 2002          (month/day/year)

2. Did you seek review of your appeal in the state supreme court? ☒ Yes☐ No
   If you did file a petition for review, answer the following:
   a. Date the petition was filed:    October 5, 2001          (month/day/year)
   b. Result:  Review denied
   c. Date the petition was decided:  December 4, 2001    (month/day/year)
   d. Date the mandate was issued: January 9, 2002          (month/day/year)

## C. FIRST STATE POST-CONVICTION PROCEEDINGS

1. Did you file a petition for post-conviction relief in the state court?      ☒ Yes☐ No
   If you did file a petition for post-conviction relief, answer the following:
   a. Name of Court:          Maricopa County Superior Court
   b. Date the notice of post-conviction relief was filed:  February 8, 2002 (month/day/year)
   c. Date the petition was filed: March 15, 2004          (month/day/year)
   d. Result: Dismissed
   e. Date the petition was decided: August 11, 2004          (month/day/year)

2. Did you seek review of your first petition in the court of appeals?      ☒ Yes☐ No
   If you did file a petition for review, answer the following:
   a. Date the petition was filed:    September 10, 2004    (month/day/year)
   b. Result:  Review denied
   c. Date the petition was decided:  July 21, 2005          (month/day/year)
   d. Date the mandate was issued: December 8, 2005          (month/day/year)

3. Did you seek review of your first petition in the state supreme court? ☒ Yes☐ No
   If you did file a petition for review, answer the following:
   a. Date the petition was filed:    August 15, 2005    (month/day/year)
   b. Result: Denied
   c. Date the petition was decided:  December 8, 2005  (month/day/year)
   d. Date the mandate issued:  December 8, 2005  (month/day/year)

## D. SECOND STATE POST-CONVICTION PROCEEDINGS

1. Did you file a second petition for post-conviction relief in the state court? ☐ Yes ☒ No
   If you did file a second petition for post conviction relief, answer the following:
   a. Name of Court:
   b. Date the notice of post-conviction relief was filed: _____ (month/day/year)
   c. Date the petition was filed: _____ (month/day/year)
   d. Result:
   e. Date the petition was decided: _____ (month/day/year)

2.  Did you seek review of your second petition in the court of appeals?   ☐ Yes ☐ No
    If you did file a petition for review, answer the following:
    a.  Date the petition was filed: _____ (month/day/year)
    b.  Result: _____
    c.  Date the petition was decided: _____(month/day/year)
    d.  Date the mandate was issued: _____(month/day/year)
3.  Did you seek review of your first petition in the state supreme court?   ☐ Yes ☐ No
    If you did file a petition for review, answer the following:
    a.  Date the petition was filed: _____(month/day/year)
    b.  Result: _____
    c.  Date the petition was decided: _____(month/day/year)
    d.  Date the mandate issued: _____(month/day/year)

## E. OTHER STATE PROCEEDINGS

1.  Did you seek review of your conviction in any other state proceedings? ☐ Yes ☒ No
    If you did challenge your conviction in some other action, answer the following::
    a.  Nature of the action: _____
    b.  Name of court:_____
    c.  Date the action was file: _____(month/day/year)
    d.  Result: _____
    e.  Date the action was decided: _____ (month/day/year)
2.  Did you seek review of the other action in the court of appeals? ☐ Yes ☐ No
    If you did file a petition for review, answer the following::
    a.  Result: _____
    b.  Date the petition was decided: _____(month/day/year)
3.  Did you seek review of the other action in the state supreme court? ☐ Yes ☐ No
    If you did file a petition for review, answer the following::
    a.  Result: _____
    b.  Date the petition was decided: _____(month/day/year)

**Attach a copy of all state court written decisions regarding your conviction of sentence**

## F. FEDERAL PROCEEDINGS

Is this your first federal petition for writ of habeas corpus challenging this conviction? ☒ Yes   ☐ No
If this is not your first federal petition challenging this conviction, answer the following:
1.  Name of court where the prior petition was filed: _____
2.  Date the petition was filed: _____(Month/Day/Year)
3.  Case number of the prior action: _____
4.  Date the action was decided: _____(Month/Day/Year)
5.  Did you raise any of the issues in this petition in your prior petition? ☐ Yes ☐ No
6.  Was the prior petition ☐ Granted, ☐ Denied on the merits, ☐ Denied on procedural grounds?
7.  If the prior petition was denied, has the Ninth Circuit Court of Appeals granted permission to file this successive petition?   ☐ Yes ☐ No

**Attach a copy of all Ninth Circuit Court of Appeals written decisions**

## G.  PENDING PROCEEDINGS

Do you have any appeal, petition, application, motion or other action currently pending regarding the conviction you are challenging in this petition?        ☐ Yes ☒ No

If you do have an action currently pending regarding your conviction, answer the following:
1.      Nature of the action: _____(e.g., appeal, special action, habeas corpus, etc.)
2.      Name of court where the action is pending: _____
3.      Date the action was file: _____(month/day/year)

## H.  REPRESENTATION

Who was the attorney who represented you in the following state court proceedings?  Identify whether the attorney was appointed, retained, or whether you represented yourself pro se (without counsel).

|    | | Name of Attorney | Appointed | Retained | Pro Se |
|----|---|---|---|---|---|
| 1. | Preliminary hearing: | Jerry Stahnke | ☐ | ☒ | ☐ |
| 2. | Arraignment and plea: | Jerry Stahnke | ☐ | ☒ | ☐ |
| 3. | Trial/guilty plea: | Richard Gierloff | ☐ | ☒ | ☐ |
| 4. | Sentencing: | Richard Gierloff | ☐ | ☒ | ☐ |
| 5. | Direct appeal: | Terry J. Adams | ☒ | ☐ | ☐ |
| 6. | First post-conviction petition: | Terry J. Adams | ☒ | ☐ | ☐ |
| 7. | Second post-conviction petition: | | ☐ | ☐ | ☐ |

## I.  OTHER SENTENCES

Do you have any other sentences to serve after you complete the sentence imposed by the judgment you are challenging in this petition?        ☐ Yes ☒ No

If you do have other sentences to serve, answer the following:
1.      Name of court that imposed the other sentence: _____
2.      Date the judgment of conviction: _____(Month/Day/Year)
3.      Length and terms of sentence: _____
4.      Have you filed or do you plan to file any petition attacking the judgment which imposed the sentence to be served in the future?        ☐ Yes ☐ No

## CLAIMS FOR RELIEF

On the following pages, state concisely every ground for which you claim that your conviction or sentence violates the United States Constitution or other federal law.  Your claims should not be based on state law.  Summarize briefly the facts supporting each ground.  If necessary, you may attach pages stating additional grounds and supporting facts.  **You must raise all grounds for relief that relate to this conviction.  Any grounds not raised in this petition will likely be barred from being raised in any subsequent federal action.**

## J.   GROUND I

1. My state conviction or sentence violates the following constitutional rights or other federal law:  Sixth Amendment right to effective assistance of counsel through the proceedings.

2. **Supporting Facts:** (state as briefly as possible the FACTS supporting Ground I.  State the facts clearly in your own words without citing cases or legal arguments).

My attorney based the entire defense on duress.  Because of existing case law the trial court refused to instruct the jury on duress.  This rendered my entire defense useless.  Counsel admitted that had he known that a duress defense would have been allowed he would have proceeded in a different manner.  He failed prior to trial to determine that a duress defense was not available and proceeded to trial using a duress defense.  Other defenses were available including witnesses that would have testified that I was set-up by my ex-husband and that I attempted to stop the commission of the crimes.  These witnesses were not called.  The trial court found that counsel's representation fell below the prevailing standards of effective representation but found that the outcome would not  have been different with proper representation.

3. **Exhaustion of state court remedies:**
   a. Did you present the issue raised in Ground I to the state supreme court? ☒ Yes      ☐ No
   b. If you did present the issue to the state supreme court, was the issue presented:
      ☐   In a direct appeal
      ☒   In your first post-conviction relief proceedings
      ☐   In your second post-conviction relief proceedings
      ☐   Other: _____ (e.g., special action, habeas corpus, etc.)
   c. If you did not present the issue to the state supreme court, explain why you did not:

## K.   GROUND II

1. My state conviction or sentence violates the following constitutional rights or other federal law: <u>Fifth Amendment to the United States Constitution right not to be a witness against myself.</u>

2. **Supporting Facts:** (state as briefly as possible the FACTS supporting Ground II. State the facts clearly in your own words without citing cases or legal arguments).

<u>A video taped statement made by me to police while I was in custody was introduced into evidence.  I was arrested at 3:30 a.m. and was interrogated from 5:00 a.m. until 1:00 p.m. During that time I was withdrawing from heroin, a condition the police officers were aware of.  I was physically sick.  I was not provided medication, food or water during this time.  Also during the interrogation I requested an attorney.  None was provided to me and the interrogation continued until I made incriminating statements, at which time the interrogation stopped.</u>

3. **Exhaustion of state court remedies:**
   a. Did you present the issue raised in Ground II to the state supreme court?  ☒ Yes ☐ No
   b. If you did present the issue to the state supreme court, was the issue presented:
      ☒      In a direct appeal
      ☐      In your first post-conviction relief proceedings
      ☐      In your second post-conviction relief proceedings
      ☐      Other:  _____  (e.g., special action, habeas corpus, etc.)
   c. If you did not present the issue to the state supreme court, explain why you did not:
   _____
   _____
   _____
   _____
   _____
   _____

## L.     GROUND III

1.  My state conviction or sentence violates the following constitutional rights or other federal law: _____

_____

_____


2.  **Supporting Facts:** (state as briefly as possible the FACTS supporting Ground III.  State the facts clearly in your own words without citing cases or legal arguments).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


3.  **Exhaustion of state court remedies:**
    a.  Did you present the issue raised in Ground II to the state supreme court?   ☐ Yes ☐ No
    b.  If you did present the issue to the state supreme court, was the issue presented:
        ☐       In a direct appeal
        ☐       In your first post-conviction relief proceedings
        ☐       In your second post-conviction relief proceedings
        ☐       Other:  _____ (e.g., special action, habeas corpus, etc.)
    c.  If you did not present the issue to the state supreme court, explain why you did not:

_____

_____

_____

_____

_____

_____

## M.      GROUND IV

1. My state conviction or sentence violates the following constitutional rights or other federal law: _____

_____

_____

2. **Supporting Facts:** (state as briefly as possible the FACTS supporting Ground IV.  State the facts clearly in your own words without citing cases or legal arguments).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

3. **Exhaustion of state court remedies:**
   a.  Did you present the issue raised in Ground IV to the state supreme court?   ☐ Yes ☐ No
   b.  If you did present the issue to the state supreme court, was the issue presented:
       ☐        In a direct appeal
       ☐        In your first post-conviction relief proceedings
       ☐        In your second post-conviction relief proceedings
       ☐        Other:  _____ (e.g., special action, habeas corpus, etc.)
   c.  If you did not present the issue to the state supreme court, explain why you did not:

_____

_____

_____

_____

_____

**WHEREFORE**, Petitioner prays that the court will grant Petitioner the relief to which she may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _12-9- 2006_____
                            DATE

_____
(Name and title of paralegal, legal assistant or
other person who helped prepare this petition)

_____
Signature of attorney, if any)

_____

_____

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If needed, you may attach additional pages.  The form, however, must be completely filled in to the extent applicable.